UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR408-81 |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| ANTHONY McNICOLL and | ) | 3,4-Methylenedioxyethamphetamine |
| RICHARD SALMON | ) | (Ecstasy) |

## DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD SALMON

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE the defendant Richard Salmon. The government shows that defendant has been determined to have had minimal involvement in the above criminal charges, and based upon that, further proceedings against him in this matter would not be in the interests of justice.

Respectfully submitted,
EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ Darrin L. McCullough
Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice of the defendant Richard Salmon from this Indictment.

SO ORDERED, this 31ST day of OCTOBER, 2008.

William T. Moore, Jr.
Chief Judge, United States District Court
Southern District of Georgia